AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CECIL ROBY,

                                  Plaintiff,

                                                          JUDGMENT IN A CIVIL CASE

                              v.

CITY OF SPOKANE, WASHINGTON,
DANIEL WATERS, ANNE
KIRKPATRICK, RONALD VAN TASSEL,
JOHN GATELY, and DANIEL WILSON,

                                  CASE NUMBER: CV-08-0139-JLQ

                                  Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the City Defendants' Motion for Dismissal/Summary Judgment (Ct. Rec. 33) is GRANTED.

A judgment of DISMISSAL with prejudice in favor of Defendants Gately, Waters, Van Tassel, Kirkpatrick and the City of Spokane dismissing the Complaint and Claims One, Two, Three, Four, and Six of the Complaint with prejudice.

August 17, 2009                                                       JAMES R. LARSEN
*Date*                                                                   *Clerk*

                                                                       s/ Pam Howard
                                                                       *(By) Deputy Clerk*
                                                                       Pam Howard