UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CECIL ROBY,<br><br>            Plaintiff,<br><br>v.<br><br>DANIEL WILSON<br><br>            Defendant. | NO. CV-08 -139-JLQ<br><br>**ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

The Parties' Joint Motion to Dismiss (Ct. Rec. 90) is **GRANTED**. The matter having been settled, the Clerk of this court shall enter judgment dismissing the Complaint (Ct. Rec. 1) and the claims therein with prejudice, without costs or attorneys fees to any party hereto.

The Clerk is hereby directed to enter this Order, enter judgment of dismissal with prejudice, furnish copies to counsel and close this file.

**DATED** this 11th day of September, 2009.

s/ Justin L. Quackenbush<br>JUSTIN L. QUACKENBUSH<br>SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1