AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CECIL ROBY,

                                                  Plaintiff,      JUDGMENT IN A CIVIL CASE

                        v.

DANIEL WILSON,

                                                  CASE NUMBER: CV-08-0139-JLQ

                                             Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint (Ct. Rec. 1) and the claims therein are Dismissed with prejudice, without costs or attorneys fees to any party hereto.

| | |
|---|---|
| September 11, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pamela A. Howard |
| | *(By) Deputy Clerk* |
| | Pamela A. Howard |